DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES L. GORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2027

[October 7, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Sherwood Bauer, Jr., Judge; L.T. Case No. 2014-CF-580.

James L. Gore, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

James L. Gore appeals an order denying a rule 3.800(a) motion which seeks additional jail credit. We affirm without prejudice for appellant to file a sworn and legally sufficient rule 3.801 motion to correct jail credit within the time remaining under the rule. *See Casteel v. State*, 141 So. 3d 624 (Fla. 4th DCA 2014).

WARNER, STEVENSON and LEVINE, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*